S.D.N.Y. – W.P.
17-cv-9579
Roman, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of May, two thousand twenty-three.

Present:
    Amalya L. Kearse,
    Dennis Jacobs,
    Steven J. Menashi,
        *Circuit Judges*.

Wilmington Savings Fund Society, FSB, owner trustee of the Residential Credit Opportunities Trust VI-A,

        *Plaintiff*,

Wilmington Savings Fund Society, FSB,

        *Plaintiff-Appellee*,

    v.        22-2661

William Covino,

        *Defendant-Appellant*,

Board of Directors of Eagle Wood Vistas Homeowners Association, Inc.,

        *Defendant*.

This Court has determined sua sponte that it lacks jurisdiction over this appeal because a final order has not been issued by the district court as contemplated by 28 U.S.C. § 1291. *See Petrello v. White*, 533 F.3d 110, 113 (2d Cir. 2008). Upon due consideration, it is hereby ORDERED that the appeal is DISMISSED.

        FOR THE COURT:
        Catherine O'Hagan Wolfe, Clerk of Court

